IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO.<br>) 1:22-cv-329-HAB-SLC<br>) |
| v. | )<br>) |
| KENNETH O. LESTER COMPANY, INC. d/b/a PFG CUSTOMIZED DISTRIBUTION – INDIANA, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**JOINT MOTION TO ENTER CONSENT DECREE**

Plaintiff, Equal Employment Opportunity Commission, and Defendant Kenneth O. Lester Company, Inc. d/b/a PFG Customized Distribution – Indiana, jointly move this Court to approve and enter in this lawsuit the Consent Decree that is attached as Exhibit A. In support of this motion, the parties jointly represent to this Court the following:

1. The parties wish to resolve the issues raised by Plaintiff, Equal Employment Opportunity Commission in its Complaint in Civil Action No. 1:22-cv-329 without the burden, expense and delay of further litigation.

2. The parties waive trial, briefs, arguments, findings of fact and conclusions of law on those issues resolved through this Consent Decree.

3. The policies of Title VII of the Civil Rights Act of 1964 will be effectuated by entry of the attached Consent Decree.

4. The parties agree that this Consent Decree is intended to and does resolve the issues raised in the Complaint filed in Civil Action No. 1:22-cv-329.

5. Wherefore, the parties jointly request that this Court approve the attached Consent Decree in this lawsuit

May 8, 2023

Respectfully submitted,

| | |
|---|---|
| *s/ Aimee L. McFerren* <br> Aimee L. McFerren <br> Equal Employment Opportunity Commission <br> Louisville Area Office <br> 600 Dr. Martin Luther King, Jr., Pl., Ste. 268 <br> Louisville, KY 40202 <br> (502) 582-6308 (Direct) <br> (502) 582-5435 (Facsimile) <br> aimee.mcferren@eeoc.gov <br><br> Attorney for Plaintiff | s/ Jane M. McFetridge by permission ALM <br> Jane M. McFetridge <br> Jackson Lewis PC <br> 150 N. Michigan Ave., Ste. 2500 <br> Chicago, IL 60601 <br> (312) 787-4949 (Direct) <br> (312) 787-4995 (Facsimile) <br> jane.mcfetridge@jacksonlewis.com <br><br> Attorney for Defendant |